UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – RENO DIVISION

UTHERVERSE, INC. v. BRIAN QUINN, et al.

ATTACHMENT #1 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

JOSHUA DENNE, an individual

BLOCKCHAIN FUNDING, INC. a Delaware corporation

BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company

MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company

LYNNE MARTIN, an individual

NIYA HOLDINGS, LLC, a Nevada limited liability company

NIMA MOMAYEZ, an individual

JEREMY ROMA, an individual