UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – RENO DIVISION

UTHERVERSE, INC. v. BRIAN QUINN, et al.

ATTACHMENT #2 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

JOSHUA DENNE, an individual

5735 E Voltaire Ave

Scottsdale, AZ 85254

BLOCKCHAIN FUNDING, INC. a Delaware corporation

United States Corporation Agents, Inc.

131 Continental Drive, Suite 305

Newark, DE 19713

BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company

6933 E Fanfol Dr

Paradise Valley, AZ 85253

MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company

30 N Gould St Ste R

Sheridan, WY 82801-6362

LYNNE MARTIN, an individual

17671 San Roque Ln

Huntington Beach, CA 92647

NIYA HOLDINGS, LLC, a Nevada limited liability company

318 N Carson St #208,

Carson City, NV, 89701

NIMA MOMAYEZ, an individual

187 E. Warm Springs Dr., Suite B206,

Las Vegas, NV  89119

1   JEREMY ROMA, an individual

3
COMPLAINT OF UTHERVERSE, INC.