AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>*Plaintiff(s)*<br>v.<br>BRIAN QUINN, an individual; (See Attachment No. 1)<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00020 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRIAN QUINN, an individual
631 IRVINE AVE
NEWPORT BEACH, CA 92663

(See Attachment No. 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES PUZEY NV SBN 240215
KEARNEY PUZEY DAMONTE
Attorneys at Law
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: January 13, 2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

UTHERVERSE, INC. v. BRIAN QUINN, et al.

ATTACHMENT #1 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

JOSHUA DENNE, an individual

BLOCKCHAIN FUNDING, INC. a Delaware corporation

BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company

MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company

LYNNE MARTIN, an individual

NIYA HOLDINGS, LLC, a Nevada limited liability company

NIMA MOMAYEZ, an individual

JEREMY ROMA, an individual

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – RENO DIVISION

UTHERVERSE, INC. v. BRIAN QUINN, et al.

ATTACHMENT #2 TO SUMMONS

**ADDITIONAL NAMED DEFENDANTS:**

JOSHUA DENNE, an individual

5735 E Voltaire Ave

Scottsdale, AZ 85254

BLOCKCHAIN FUNDING, INC. a Delaware corporation

United States Corporation Agents, Inc.

131 Continental Drive, Suite 305

Newark, DE 19713

BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company

6933 E Fanfol Dr

Paradise Valley, AZ 85253

MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company

30 N Gould St Ste R

Sheridan, WY 82801-6362

LYNNE MARTIN, an individual

17671 San Roque Ln

Huntington Beach, CA 92647

NIYA HOLDINGS, LLC, a Nevada limited liability company

318 N Carson St #208,

Carson City, NV, 89701

NIMA MOMAYEZ, an individual

187 E. Warm Springs Dr., Suite B206,

Las Vegas, NV  89119

1  JEREMY ROMA, an individual