JAMES W. PUZEY (NV SBN 05745)
Email: jpuzey@nvlawfirm.com
**KEARNEY PUZEY DAMONTE LTD.**
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN *(Pro Hac Vice Forthcoming)*
Email: sflynn@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

*Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants. | CASE NO.: 3:25-cv-00020<br><br>**PLAINTIFF UTHERVERSE, INC.'s CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND LR II 7.1-1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule II 7.1-1, The undersigned attorneys of record for Plaintiff Utherverse, Inc. ("Utherverse") hereby submit the following Certificate of Interested Parties and certify following the representations:

1. Utherverse is a Nevada corporation.

2. No publicly held corporation holds ten percent (10%) or more of the stock of Utherverse.

1    3.    Other than the parties to this action, there are no other known interested persons,
2  firms, partnerships, corporations, or other parties, other than those participating in this action, that
3  have a direct, pecuniary interest in the outcome of this action.
4    These representations are made to enable the judges of this Court to evaluate possible
5  disqualification or recusal.
6    Utherverse reserves the right to amend and supplement this Certificate of Interested Parties
7  in accordance with LR II 7.1-1(c).
8    DATED this 16th day of January 2025.

**KEARNEY PUZEY DAMONTE LTD.**

By:  */s/ James W. Puzey*
      JAMES W. PUZEY (NV SBN 05745)
      800 South Meadows Parkway, Suite 800
      Reno, Nevada 89521
      Telephone: (775) 851-8700

COLEMAN & HOROWITT, LLP

SHERRIE M. FLYNN *(Pro Hac Vice Forthcoming)*
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

*Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster*