MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Brian Quinn, Joshua Denne,
Blockchain Funding, Inc., Blockchain Alliance LLC,
Masternode Partners, LLC, Lynne Martin,
Niya Holdings, LLC, and Nima Momayez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, and BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual.<br><br>Defendants. | Case No.: 3:25-cv-00020-MMD-CSB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS BRIAN QUINN, JOSHUA DENNE, BLOCKCHAIN FUNDING, INC., BLOCKCHAIN ALLIANCE LLC, MASTERNODE PARTNERS, LLC, LYNNE MARTIN, NIYA HOLDINGS, LLC, AND NIMA MOMAYEZ TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Utherverse, Inc. and Brian Shuster ("Plaintiffs"), through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, Niya Holdings, LLC, and Nima Momayez ("Defendants"), through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

1.     On January 10, 2025, Plaintiffs filed their Complaint For Violation Of The Racketeer Influenced And Corrupt Organizations Act (18 U.S.C. §§ 1961 Et Seq.); Fraud In The Inducement; Intentional Misrepresentation (Fraud); Conversion; Breach Of Fiduciary Duty; Aiding And Abetting Breach Of Fiduciary Duty; And Tortious Interference With Contract (the "Complaint").  ECF 1.

2.     Defendants Brian Quinn, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, and Lynne Martin were served between January 20, 2025 and January 31, 2025.

3.     On February 6, 2025, counsel for Defendants sent an email to Plaintiffs' counsel that he was in the process of being engaged by the majority of the Defendants and noted his understanding that certain Defendants have been served and others had not; thus, Defendants' counsel offered to coordinate service on the remaining Defendants that had not yet been served and to discuss a universal response date.

4.     That same day counsel for the parties discussed over the telephone the status of service and certain of the Defendants that remained for service.  Counsel also discussed a universal response deadline in light of the varying service dates for the respective Defendants.

5.     Defendants' counsel agreed to accept service for Defendants Joshua Denne, Niya Holdings, LLC, and Nima Momayez.  Counsel agreed that Defendants response deadline would be February 28, 2025, for the Defendants in light of accepting service for Joshua Denne, Niya Holdings, LLC, and Nima Momayez.

6.     There is a strong public policy in the Ninth Circuit of deciding cases on the merits, rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

7.     Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendants to respond to the Complaint by approximately 21 days in order to coordinate Defendants' response to the Complaint.

8.     No discovery deadlines or dates for trial have been set.

32821099

9. Accordingly, the Parties stipulate and agree that Defendants shall have up to and including February 28, 2025, within which to file their response to the Complaint.

10. This stipulation is brought in good faith by the parties and not for purposes of delay.

11. This is the Parties' first request to extend Defendants' response deadline.

**IT IS SO STIPULATED.**

DATED this 27th day of February 2025.

**BROWNSTEIN HYATT
FARBER SCHRECK, LLP**

By: */s/ Maximilien D. Fetaz*
MAXIMILIEN D. FETAZ, ESQ.
ZACHARY R. MEYER, ESQ.

*Attorneys for Defendants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, Niya Holdings, LLC, and Nima Momayez*

DATED this 27th day of February 2025.

**COLEMAN & HOROWITT, LLP**

By: */s/ Sherrie M. Flynn*
SHERRIE FLYNN, ESQ. *(pro hac vice)*
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-48200
Email: SFlynn@ch-law.com

**KEARNEY PUZEY DAMONTE LTD**
JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700
Email: jpuzey@nvlawfirm.com

*Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

3

32821099