JAMES PUZEY NV (NV SBN 05745)
jpuzey@nvlawfirm.com
**KEARNEY PUZEY DAMONTE LTD.**
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
Email: sflynn@ch-law.com
ROBERT K ASHLEY (*Pro Hac Vice Forthcoming*)
Email: rashley@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

Attorneys for Plaintiffs,
UTHERVERSE, INC. and BRIAN SHUSTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants. | Case No.: 3:25-cv-00020-MMD-CSD<br><br>**NOTICE OF ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Maximilien Fetaz, attorney for JOSHUA DENNE; NIYA HOLDINGS, LLC; and NIMA MOMAYEZ, hereby acknowledge receipt of the summons and complaint, and am authorized to

1

NOTICE OF ACCEPTANCE OF SERVICE

32820991

1 | accept service on behalf of JOSHUA DENNE; NIYA HOLDINGS, LLC; and NIMA MOMAYEZ
2 | in the above-captioned action and waive any further or other service of process.
3 |       This Acceptance of Service shall have the same effect and shall operate in the same manner
4 | as if Defendants JOSHUA DENNE; NIYA HOLDINGS, LLC; and NIMA MOMAYEZ, had been
5 | personally served pursuant to Fed. R. Civ. P. 4, and shall not operate to waive, release, compromise,
6 | or prejudice any rights, defenses, arguments or claims Defendants JOSHUA DENNE; NIYA
7 | HOLDINGS, LLC; and NIMA MOMAYEZ, may have concerning the ability of this Court to assert
8 | jurisdiction over them.

10 | Dated: February 27, 2025    By: _____
11 |                                 MAXIMILIEN FETAZ
                                BROWNSTEIN HYATT FABER SCHRECK, LLP
                                Attorneys for Defendants, BRIAN QUINN; JOSHUA DENNE; BLOCKCHAIN FUNDING, INC.; BLOCKCHAIN ALLIANCE LLC; MASTERNODE PARTNERS, LLC; LYNNE MARTIN; NIYA HOLDINGS, LLC; and NIMA MOMAYEZ

2
NOTICE OF ACCEPTANCE OF SERVICE

32820991