Civil Action No. 3:25-cv-00020-MMD-CSD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MASTERNODE PARTNERS, LLC
was received by me on *(date)* 01/26/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Savannah Bell, registered agent clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Masternode Partners LLC c/o Registered Agents Inc 30 N Gould St Ste R Sheridan, WY on *(date)* 01/30/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 45.00 for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: 02/06/2025

Server's signature

Dustin Looper, Process Server
*Printed name and title*

101 E Loucks St, Unit 6384
Sheridan, WY 82801

*Server's address*

Additional information regarding attempted service, etc:
Additional Documents Served: "Complaint For Violation Of The Racketeer Influenced And Corrupt Organizations Act (18 USC 1961 ET SEQ.); Fraud In the Inducement; Intentional Misrepresentation (Fraud); Conversion: Breach Of Fiduciary Duty; Aiding And Abetting Breach Of Fiduciary Duty; And Tortious Interference With Contract"; Exhibit A; Exhibit B; Civil Cover Sheet; Plaintiff Utherverse, Inc's Certificate Of Interested Parties Pursuant To Fed R Civ P 7.1 And LR II 7.1-1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BRIAN QUINN, an individual; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-00020-MMD-CSD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company
30 N Gould St Ste R
Sheridan, WY 82801-6362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMES PUZEY NV SBN 240215
KEARNEY PUZEY DAMONTE LTD.
Attorneys at Law
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 16, 2025

*Signature of Clerk or Deputy Clerk*