## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Nevada

Case Number: 3:25-CV-00020-MMD-CSD

Plaintiff:
**Utherverse, Inc., a Nevada Corporation; et al.**

vs.

Defendants:
**Brian Quinn, an individual; et al.**

For:
Coleman & Horowitt, LLP Attorneys at Law
499 West Shaw
Suite 116
Fresno, CA 93704

Received by Front Range Legal Process Service, Inc. to be served on **Blockchain Alliance, LLC -a Wyoming Limited Liability Company, -Registered Agent: Loretta Castle, 1020 Wendy Lane, CH WY**.

I, Gregory Goodwine, do hereby affirm that on the **24th day of January, 2025** at **6:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint; Civil Cover Sheet; Certificate of Interested Parties** with the date and hour of service endorsed thereon by me, to: **Loretta Castle as Registered Agent** for **Blockchain Alliance, LLC**, at the address of: **1020 Wendy Lane, CH WY**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 80s, Sex: F, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Blonde, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

Gregory Goodwine
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2025000863