| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Sherrie Flynn SBN 240215<br>Coleman & Horowitt<br>499 W. Shaw Avenue Suite 116<br>Fresno, CA 93704<br>ATTORNEY FOR   Plaintiff | (559) 248-4820 | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| **Declaration of Service** | | Ref. No. or File No:<br>12865.76 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet**

On: **Brian Quinn**

I served the summons at:

**631 Irvine Ave  Newport Beach, CA 92663**

On: **1/15/2025**          Time: **02:45 PM**

In the above mentioned action  by substituted service and leaving with

**Coco Quinn  -  Daughter**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Bryce Keizer**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **171.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

Bryce Keizer                                           Date: **01/15/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Sherrie Flynn SBN 240215<br>Coleman & Horowitt<br>499 W. Shaw Avenue Suite 116<br>Fresno, CA 93704<br>ATTORNEY FOR   Plaintiff | (559) 248-4820 | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| **Declaration of Diligence** | | Ref. No. or File No:<br>12865.76 |

United States District Court

Person to Serve: **Brian Quinn**

Documents Received:  **Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Jan 13 2025**   07:22 PM   631 Irvine Ave, Newport Beach, CA 92663; There is no answer at the residence address.  Lights on inside.
**Jan 14 2025**   09:43 AM   631 Irvine Ave, Newport Beach, CA 92663; There is no answer at the residence address.
**Jan 15 2025**   02:45 PM   631 Irvine Ave, Newport Beach, CA 92663; Sub-Served on co-occupant

Person attempting service:

  a. Name: **Bryce Keizer**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **171.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Bryce Keizer                                    Date: **01/16/2025**

Declaration of Diligence                                                                         Invoice #: 11114856

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Sherrie Flynn SBN 240215<br>Coleman & Horowitt<br>499 W. Shaw Avenue Suite 116<br>Fresno, CA 93704<br>ATTORNEY FOR   Plaintiff | (559) 248-4820 | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>12865.76 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/16/2025**, I served the within:
**Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Brian Quinn**
**631 Irvine Ave  Newport Beach, CA 92663**

Declarant:

  a. Name: **Tim Perez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **171.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Tim Perez                                    Date: **01/16/2025**