| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Sherrie Flynn SBN 240215<br>Coleman & Horowitt<br>499 W. Shaw Avenue Suite 116<br>Fresno, CA 93704<br>ATTORNEY FOR  Plaintiff | (559) 248-4820 | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| | **Declaration of Service** | Ref. No. or File No:<br>12865.77 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons-Federal; Complaint; Exhibits to Complaint- Exhibit A; Exhibits to Complaint- Exhibit B; Civil Cover Sheet; Certificate of Interested Parties**

On: **JEREMY ROMA, an individual**

I served the summons at:

**19221 Parker Cir  Villa Park, CA 92861**

On: **1/25/2025**          Time: **12:20 PM**

In the above mentioned action  by substituted service and leaving with

**Clancy Carter  -  Co-occupant**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Bryce Keizer**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **126.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Bryce Keizer                                             Date: **01/27/2025**

Declaration of Service                                             Invoice #: 11186825-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Sherrie Flynn SBN 240215**<br>**Coleman & Horowitt**<br>**499 W. Shaw Avenue Suite 116**<br>**Fresno, CA 93704**<br>ATTORNEY FOR  **Plaintiff** | **(559) 248-4820** | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>12865.77 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/27/2025**, I served the within:
**Summons-Federal; Complaint; Exhibits to Complaint- Exhibit A; Exhibits to Complaint- Exhibit B; Civil Cover Sheet; Certificate of Interested Parties**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**JEREMY ROMA, an individual**
**19221 Parker Cir  Villa Park, CA 92861**

Declarant:

  a. Name: **Tatianna Williams**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **126.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Tatianna Williams                                        Date: **01/27/2025**