| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Sherrie Flynn SBN 240215<br>Coleman & Horowitt<br>499 W. Shaw Avenue Suite 116<br>Fresno, CA 93704<br>ATTORNEY FOR   Plaintiff | (559) 248-4820 | |
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:25-cv-00020 |
| **Declaration of Service** | | Ref. No. or File No:<br>12865.77 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons-Federal; Complaint; Exhibits to Complaint- Exhibit A; Exhibits to Complaint- Exhibit B; Civil Cover Sheet; Certificate of Interested Parties**

On: **LYNNE MARTIN, an individual**

I personally served the summons on the individual at:

**17671 San Roque Ln  Huntington Beach, CA 92647**

On: **1/24/2025**          Date:  **02:50 PM**

Person attempting service:

  a. Name: **Demytra Holloway**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **126.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

Demytra Holloway                                          Date: **01/27/2025**

Declaration of Service                                   Invoice #: 11186825-02