JAMES PUZEY NV (NV SBN 05745)
jpuzey@nvlawfirm.com
**KEARNEY PUZEY DAMONTE LTD.**
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
Email: sflynn@ch-law.com
ROBERT K ASHLEY *(Pro Hac Vice Forthcoming)*
Email: rashley@ch-law.com
**COLEMAN & HOROWITT, LLP**
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

Attorneys for Plaintiffs,
UTHERVERSE, INC. and BRIAN SHUSTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, | Case No.:  3:25-cv-00020-MMD-CSD |
| Plaintiffs, | **REQUEST FOR ENTRY OF DEFAULT AGAINST JEREMY ROMA** |
| v. | |
| BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs, UTHERVERSE, INC. and BRIAN SHUSTER (collectively, "Plaintiffs"), hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant, JEREMY ROMA, an individual (hereinafter "Defendant"), pursuant to the Federal Rules of Civil Procedure, Rule 55(a). In support of this request, Plaintiffs state the following:

1. **FAILURE TO PLEAD OR OTHERWISE DEFEND:**

   On January 25, 2025, Plaintiffs caused the complaint to be served on Defendant, evidenced by the proof of service of summons on file with this court (*see* Doc. 28; see also Declaration of Sherrie M. Flynn, filed herewith ("Flynn Dec."). ¶ 4, and Ex. A. The time for filing an answer or other response as to Defendant expired on February 17, 2025. (*Id*., ¶ 5.) Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. (*Id*., ¶ 6.)

2. **REQUEST FOR ENTRY OF DEFAULT:**

   In light of Defendant's failure to respond, Plaintiffs respectfully requests that the Clerk enter default against Defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

   WHEREFORE, Plaintiffs request the Clerk of the Court enter the default of Defendant, JEREMY ROMA, an individual.

Dated: March 21, 2025                By: */s/ Sherrie M. Flynn*
   SHERRIE FLYNN, ESQ. *(pro hac vice)*
   **COLEMAN & HOROWITT, LLP**
   499 West Shaw Avenue, Suite 116
   Fresno, California 93704
   Telephone: (559) 248-48200
   Email: sflynn@ch-law.com

   JAMES W. PUZEY, ESQ. Nevada Bar No. 5745
   **KEARNEY PUZEY DAMONTE LTD**
   800 South Meadows Parkway, Suite 800
   Reno, Nevada 89521
   Telephone: (775) 851-8700
   Email: jpuzey@nvlawfirm.com

   *Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster*

1 | Default entered on (specify date): _____

CLERK OF THE U.S. DISTRICT COURT
DISTRICT OF NEVADA

By: _____
Deputy Clerk