JAMES PUZEY NV (NV SBN 05745)
jpuzey@nvlawfirm.com
**KEARNEY PUZEY DAMONTE LTD.**
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
Email: sflynn@ch-law.com
ROBERT K ASHLEY *(Pro Hac Vice Forthcoming)*
Email: rashley@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820

Attorneys for Plaintiffs,
UTHERVERSE, INC. and BRIAN SHUSTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>                Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No.: 3:25-cv-00020-MMD-CSD<br><br>**DECLARATION OF SHERRIE M. FLYNN IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST JEREMY ROMA** |

I, Sherrie M. Flynn, declare as follows:

1.    I am an attorney at Coleman & Horowitt, LLP, counsel for Plaintiffs, UTHERVERSE, INC. and BRIAN SHUSTER (collectively, "Plaintiffs").

2.    The facts contained in this declaration are based on my own personal knowledge and my review of relevant records, and if called upon as a witness, I could and would competently testify thereto.

3.    Plaintiffs filed their complaint against Defendants for Violation of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 Et Seq.); Fraud in the Inducement; Intentional Misrepresentation (Fraud); Conversion; Breach of Fiduciary Duty; Aiding and Abetting Breach of Fiduciary Duty; And Tortious Interference With Contract on January 10, 2025.

4.    On January 25, 2025, Plaintiffs caused the summons, complaint, and related documents to be served on Defendant, JEREMY ROMA. A true and correct copy of the proof of service of summons is on file with this Court (*see* Doc. 28) and is attached hereto as **Exhibit A**.

5.    The time for filing an answer or other response as to Defendant expired on February 17, 2025.

6.    Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 21, 2025, at Fresno, California.

By:    /s/ Sherrie M Flynn
        SHERRIE M. FLYNN

DECLARATION OF SHERRIE FLYNN ISO OF REQUEST FOR DEFAULT AGAINST ROMA

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Sherrie Flynn SBN 240215**<br>**Coleman & Horowitt**<br>**499 W. Shaw Avenue Suite 116**<br>**Fresno, CA 93704**<br>ATTORNEY FOR   **Plaintiff** | **(559) 248-4820** | |

| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 |
|---|

| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:25-cv-00020 |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>12865.77 |

### United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons-Federal; Complaint; Exhibits to Complaint- Exhibit A; Exhibits to Complaint- Exhibit B; Civil Cover Sheet; Certificate of Interested Parties**

On: **JEREMY ROMA, an individual**

I served the summons at:

**19221 Parker Cir  Villa Park, CA 92861**

On: **1/25/2025**          Time:  **12:20 PM**

In the above mentioned action  by substituted service and leaving with

**Clancy Carter  -  Co-occupant**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Bryce Keizer**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **126.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

      **Bryce Keizer**          Date: **01/27/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Sherrie Flynn SBN 240215**<br>**Coleman & Horowitt**<br>**499 W. Shaw Avenue Suite 116**<br>**Fresno, CA 93704**<br>ATTORNEY FOR   **Plaintiff** | **(559) 248-4820** | |

| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 |
|---|

| SHORT TITLE OF CASE:<br>Utherverse Inc. v. Quinn, Brian |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:25-cv-00020 |
|---|---|---|---|

| **Declaration of Service by Mail** | Ref. No. or File No:<br>12865.77 |
|---|---|

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/27/2025**, I served the within:
**Summons-Federal; Complaint; Exhibits to Complaint- Exhibit A; Exhibits to Complaint- Exhibit B; Civil Cover Sheet; Certificate of Interested Parties**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**JEREMY ROMA, an individual**
**19221 Parker Cir  Villa Park, CA 92861**

Declarant:

  a. Name: **Tatianna Williams**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **126.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



| Tatianna Williams | Date: **01/27/2025** |
|---|---|