1  JAMES PUZEY NV (NV SBN 05745)
   jpuzey@nvlawfirm.com
2  **KEARNEY PUZEY DAMONTE LTD.**
   800 South Meadows Parkway, Suite 800
3  Reno, Nevada  89521
   Telephone: (775) 851-8700
4
   SHERRIE M. FLYNN (*Pro Hac Vice*)
5  Email: sflynn@ch-law.com
   ROBERT K ASHLEY *(Pro Hac Vice Forthcoming)*
6  Email: rashley@ch-law.com
   COLEMAN & HOROWITT, LLP
7  499 West Shaw Avenue, Suite 116
   Fresno, California 93704
8  Telephone: (559) 248-4820

9  Attorneys for Plaintiffs,
   UTHERVERSE, INC. and BRIAN SHUSTER
10

11                **UNITED STATES DISTRICT COURT**

12               **DISTRICT OF NEVADA – RENO DIVISION**

13

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, | Case No.:  3:25-cv-00020-MMD-CSD |
| Plaintiffs, | **PROOF OF SERVICE RE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST JEREMY ROMA** |
| v. | |
| BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | |

**PROOF OF SERVICE**

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw Avenue, Suite 116, Fresno, California 93704.

On March 21, 2025, I served the foregoing document(s) described as follows:

- **REQUEST FOR ENTRY OF DEFAULT AGAINST JEREMY ROMA**

- **DECLARATION OF SHERRIE M FLYNN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST JEREMY ROMA**

on the following individual located at:

JEREMY ROMA
19221 Parker Cir
Villa Park, CA  92861

[X]    BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ]    BY E-MAIL - by causing a true copy thereof to be electronically transmitted to the parties on this date by using their e-mail addresses indicated above.

[ ]    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    FEDERAL: I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 21, 2025, at Fresno, California.

_Naji Alshikhaiti_
Naji Alshikhaiti