1 | JAMES PUZEY (NV SBN 05745)
  | jpuzey@nvlawfirm.com
2 | KEARNEY PUZEY DAMONTE
  | 800 South Meadows Parkway, Suite 800
3 | Reno, Nevada  89521
  | Telephone: (775) 851-8700
4 |
  | SHERRIE M. FLYNN (*Pro Hac Vice*)
5 | sflynn@ch-law.com
  | ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
6 | rashley@ch-law.com
  | COLEMAN & HOROWITT, LLP
7 | Attorneys at Law
  | 499 W. Shaw Avenue, Suite 116
8 | Fresno, California 93704
  | Telephone: (559) 248-4820
9 | Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, | Case No. 3:25-cv-00020-MMD-CSD |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS UTHERVERSE INC. AND BRIAN SHUSTER TO RESPOND TO COUNTERCOMPLAINT** |
| v. | |
| BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual, | **(FIRST REQUEST)** |
| Defendants. | |
| AND RELATED COUNTERCOMPLAINT. | |

///

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Counter-Defendants Utherverse, Inc. and Brian Shuster (collectively, "Plaintiffs") through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendants and Counterclaimants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Niya Holdings, LLC, and Nima Momayez ("Defendants"), through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

1. On January 10, 2025, Plaintiffs filed their Complaint for Violation of The Racketeer Influenced And Corrupt Organizations Act (18 U.S.C. §§ 1961 et seq.); Fraud In The Inducement; Intentional Misrepresentation (Fraud); Conversion; Breach of Fiduciary Duty; Aiding and Abetting Breach of Fiduciary Duty; and Tortious Interference With Contract (the "Complaint").  ECF 1.

2. On February 28, 2025, Defendants filed their Answer and Countercomplaint for Fraud and Deceit, Civil Claim Under Penal Code Section 496(c), Breach of Fiduciary Duty, and Defamation Per Se (the "Countercomplaint").  ECF 30.

3. By virtue of their appearances, Plaintiffs were served with the Countercomplaint on February 28, 2025. Accordingly, the original deadline to respond to the Countercomplaint by Plaintiffs was March 21, 2024.

4. On March 13, 2025, counsel for Plaintiffs and counsel for Defendants spoke by telephone and agreed to extend the time for Plaintiffs to respond to the Countercomplaint to April 4, 2025.

5. On March 20, 2025, counsel for the respective parties again spoke by telephone and discussed, among other items, that the Countercomplaint had not yet been served on additional counter-defendants added as parties by way of the Countercomplaint (*i.e.*, counter-defendants Utherverse Digital, Inc., Peter Gantner, Nexus Venture LLC, Ari Good, and Gary Shuster; collectively "Additional Counter-Defendants"). Counsel also discussed a universal response deadline in light of the anticipated varying service dates for Plaintiffs and the Additional Counter-Defendants.

6. Also on March 20, 2025, Plaintiffs' counsel agreed to accept service for the Additional Counter-Defendants. However, as of the filing of this Stipulation, Additional Counter-

1  Defendants have not been served.

2      7.    On March 27, 2025, counsel for the respective parties again spoke by telephone and
3  discussed, among other items, that Defendants would be serving an amended countercomplaint.

4      8.    Plaintiffs' counsel and Defendants' counsel further agreed that subject to paragraph
5  7 above, Plaintiffs' deadline to respond to the Countercomplaint served on February 28, 2025, would
6  be extended to April 15, 2025.

7      9.    There is a strong public policy in the Ninth Circuit of deciding cases on the merits,
8  rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d
9  1085, 1091 (9th Cir. 2010).

10      10.    Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Plaintiffs to
11  respond to the Countercomplaint.

12      11.    No discovery deadlines or dates for trial have been set.

13      12.    Accordingly, the Plaintiffs and Defendants stipulate and agree that Plaintiffs shall
14  have up to and including April 15, 2025, within which to file their response to the Countercomplaint
15  served on February 28, 2025. If, in the interim, Defendants serve an amended countercomplaint, the
16  response to the amended countercomplaint will be due as prescribed by the Federal Rules of Civil
17  Procedure.

18      13.    This stipulation is brought in good faith and not for purposes of delay.

19      14.    This is the first request for an extension of time for Plaintiffs to respond to the
20  Countercomplaint.

21      **IT IS SO STIPULATED**.

22  DATED: March 28, 2025        COLEMAN & HOROWITT, LLP

23

24          By: /s/Sherrie M. Flynn
        Sherrie M. Flynn. Esq.
25          Robert K. Ashley, Esq.
        499 West Shaw Avenue, Suite 116
26          Fresno, California 93704
        Telephone: (559) 248- 4820
27          Email: sflynn@ch-law.com

28

| | | |
|---|---|---|
| 1 | | James W. Puzey, Esq |
| 2 | | 800 South Meadows Parkway, Suite 800 |
| | | Reno, Nevada 89521 |
| 3 | | Telephone: (775) 851- 8700 |
| | | Email: jpuzey@nvlawfirm.com |
| 4 | | Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster |

7  DATED: March 28, 2025        BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                By:   /s/Maximilien D. Fetaz
                                      Maximilien D. Fetaz, Esq
                                      Zachary R. Meyer, Esq
                                      Attorneys for Counterclaimants
                                      Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Niya Holdings, LLC, and Nima Momayez.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____