MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Brian Quinn, Joshua Denne,
Blockchain Funding, Inc., Blockchain Alliance LLC,
Masternode Partners, LLC, Lynne Martin,
Niya Holdings, LLC, Nima Momayez, and Jeremy Roma*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, and BRIAN SHUSTER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual. <br><br> Defendants. | Case No.: 3:25-cv-00020-MMD-CSD <br><br> **STIPULATION AND ORDER TO SET ASIDE DEFAULT [ECF 37] OF JEREMY ROMA** |
| AND RELATED COUNTERCOMPLAINT. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Utherverse, Inc. and Brian Shuster ("**Plaintiffs**"), through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendant Jeremy Roma ("**Roma**"), through his counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

33346873

1. On January 10, 2025, Plaintiffs filed their Complaint For Violation Of The Racketeer Influenced And Corrupt Organizations Act (18 U.S.C. §§ 1961 Et Seq.); Fraud In The Inducement; Intentional Misrepresentation (Fraud); Conversion; Breach Of Fiduciary Duty; Aiding And Abetting Breach Of Fiduciary Duty; And Tortious Interference With Contract ("***Complaint***"). [ECF 1].

2. On March 21, 2025, Plaintiffs filed a Request For Entry Of Default Against Jeremy Roma ("***Request***"). [ECF 32].

3. On March 27, 2025, counsel for the parties conferred about several matters. Pertinent here, Mr. Fetaz stated that initially there was a mistake concerning Roma's representation, but that his firm would be representing Roma. Mr. Fetaz further stated that his firm would soon be filing a notice of appearance. Counsel then discussed how to address the pending Request. The Parties scheduled a follow up call for April 2, 2025, to discuss this matter and other pending matters.

4. On April 1, 2025, the Clerk entered a Default against Jeremy Roma ("***Default***"). [ECF 37].

5. Later that day, counsel for Roma filed a Notice of Appearance. [ECF 38].

6. On April 2, 2025, counsel for the parties again conferred concerning the Request and now the Default. Roma's counsel proposed to stipulate to set aside the default. Counsel for Plaintiffs indicated that she would discuss the issue with her clients.

7. "Fed. R. Civ. P. 55(c) provides that the district court may set aside an entry of default for good cause." *O'Connor v. State of Nev.*, 27 F.3d 357, 364 (9th Cir. 1994), as amended (July 1, 1994), as amended (July 12, 1994).

8. Roma submits good cause exists to set aside the Default in light of the mistake concerning his representation in this matter.

9. Further, Plaintiffs have not yet responded to Defendants' Countercomplaint pursuant to the Order granting Plaintiffs an extension. [ECF 36].

10. Accordingly, the parties stipulate and request that the Default [ECF 37] against Roma be set aside pursuant to Rule 55(c).

11. This stipulation is brought in good faith by the parties and not for purposes of delay.

2

33346873

1  **IT IS SO STIPULATED.**

2  DATED this 10th day of April 2025.                DATED this 10th day of April 2025.

3  **BROWNSTEIN HYATT**                              **COLEMAN & HOROWITT, LLP**
   **FARBER SCHRECK, LLP**
4

5  By: /s/ Maximilien D. Fetaz                       By: /s/ Sherrie Flynn
   MAXIMILIEN D. FETAZ, ESQ.                         SHERRIE FLYNN, ESQ. *(pro hac vice)*
6  ZACHARY R. MEYER, ESQ.                            499 West Shaw Avenue, Suite 116
                                                     Fresno, California 93704
7  *Attorneys for Defendants Brian Quinn, Joshua     Telephone: (559) 248-48200
   Denne, Blockchain Funding, Inc., Blockchain       Email: SFlynn@ch-law.com
8  Alliance LLC, Masternode Partners, LLC,
   Lynne Martin, Niya Holdings, LLC, Nima            **KEARNEY PUZEY DAMONTE LTD**
9  Momayez, and Jeremy Roma*                         JAMES W. PUZEY, ESQ.
                                                     Nevada Bar No. 5745
10                                                   800 South Meadows Parkway, Suite 800
                                                     Reno, Nevada 89521
11                                                   Telephone: (775) 851-8700
                                                     Email: jpuzey@nvlawfirm.com
12
                                                     *Attorneys for Plaintiffs Utherverse, Inc. and
13                                                   Brian Shuster*

14  **IT IS SO ORDERED**.

15  _____

16  UNITED STATES DISTRICT JUDGE

17

18  DATED: _____

33346873