JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS UTHERVERSE, INC. AND BRIAN SHUSTER TO RESPOND TO COUNTERCOMPLAINT**<br><br>**(SECOND REQUEST)** |

///

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Counter-Defendants Utherverse, Inc. and Brian Shuster (collectively, "Plaintiffs") through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendants and Counterclaimants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Niya Holdings, LLC, and Nima Momayez ("Defendants"), through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

1. On January 10, 2025, Plaintiffs filed their Complaint for Violation of The Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 et seq.); Fraud In The Inducement; Intentional Misrepresentation (Fraud); Conversion; Breach of Fiduciary Duty; Aiding and Abetting Breach of Fiduciary Duty; and Tortious Interference With Contract (the "Complaint"). ECF 1.

2. On February 28, 2025, Defendants filed their Answer and Countercomplaint for Fraud and Deceit, Civil Claim Under Penal Code Section 496(c), Breach of Fiduciary Duty, and Defamation Per Se (the "Countercomplaint"). ECF 30.

3. By virtue of their appearances, Plaintiffs were served with the Countercomplaint on February 28, 2025. Accordingly, the original deadline to respond to the Countercomplaint by Plaintiffs was March 21, 2024.

4. On March 13, 2025, counsel for Plaintiffs and counsel for Defendants spoke by telephone and agreed to extend the time for Plaintiffs to respond to the Countercomplaint to April 4, 2025.

5. On March 20, 2025, counsel for the respective parties again spoke by telephone and discussed, among other items, that the Countercomplaint had not yet been served on additional counter-defendants added as parties by way of the Countercomplaint (*i.e.*, counter-defendants Utherverse Digital, Inc., Peter Gantner, Nexus Venture LLC, Ari Good, and Gary Shuster; collectively "Additional Counter-Defendants"). Counsel also discussed a universal response deadline in light of the anticipated varying service dates for Plaintiffs and the Additional Counter-Defendants.

6. Also on March 20, 2025, Plaintiffs' counsel agreed to accept service for the Additional Counter-Defendants. However, as of the filing of this Stipulation, Additional Counter-

1  Defendants have not been served.

2      7.    On March 27, 2025, counsel for the respective parties again spoke by telephone and
3  discussed, among other items, that Defendants would be serving an amended countercomplaint.

4      8.    Plaintiffs' counsel and Defendants' counsel further agreed that subject to paragraph
5  7 above, Plaintiffs' deadline to respond to the Countercomplaint served on February 28, 2025, would
6  be extended to April 15, 2025.

7      9.    On March 28, 2025, parties filed a Stipulation and Order to Extend Deadline for
8  Plaintiffs Utherverse, Inc. and Brian Shuster to Respond to Countercomplaint ("First Request to
9  Extend") to April 15, 2025. ECF 35.

10      10.    On March 31, 2025, the Court granted parties First Request to Extend. ECF 36.

11      11.    On April 8, parties again spoke by telephone. Counsel for the respective parties
12  agreed to stipulate to set aside default of Jeremy Roma ("Roma") and counsel for Defendants and
13  Countercomplainants indicated that, assuming the Court granted the parties' stipulation, Roma
14  would respond to the complaint, and Defendants would file their amended countercomplaint.

15      12.    On April 10, 2025, parties filed a Stipulation to Set Aside Default of Jeremy Roma.
16  ECF 44.

17      13.    Also on April 10, 2025, the Court issued an Order Granting Stipulation and Order to
18  Set Aside Default [ECF 37] of Jeremy Roma. ECF 45.

19      14.    On April 12, 2025, counsel for Defendants and Countercomplainants indicated the
20  amended countercomplaint would be filed in the next week.

21      15.    There is a strong public policy in the Ninth Circuit of deciding cases on the merits,
22  rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d
23  1085, 1091 (9th Cir. 2010).

24      16.    Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Plaintiffs to
25  respond to the Countercomplaint.

26      17.    Pursuant to the Discovery Plan and Scheduling Order, fact discovery cut-off is
27  October 27, 2025. ECF 41. No dates for trial have been set.

28      18.    Accordingly, the Plaintiffs and Defendants stipulate and agree that Plaintiffs shall

1. have up to and including April 30, 2025, within which to file their response to the Countercomplaint served on February 28, 2025. If, in the interim, Defendants serve an amended countercomplaint, the response to the amended countercomplaint will be due as prescribed by the Federal Rules of Civil Procedure.

19. This stipulation is brought in good faith and not for purposes of delay.

20. This is the second request for an extension of time for Plaintiffs to respond to the Counterclaim.

**IT IS SO STIPULATED**.

DATED: April 15, 2025                COLEMAN & HOROWITT, LLP

By: /s/Sherrie M. Flynn
Sherrie M. Flynn. Esq.
Robert K. Ashley, Esq.
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248- 4820
Email: sflynn@ch-law.com

James W. Puzey, Esq
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851- 8700
Email: jpuzey@nvlawfirm.com

Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster

DATED: April 15, 2025                BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/Maximilien D. Fetaz
Maximilien D. Fetaz, Esq
Zachary R. Meyer, Esq
Attorneys for Counterclaimants
Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Niya Holdings, LLC, and Nima Momayez.

1  **IT IS SO ORDERED**.

3  _____
4  UNITED STATES MAGISTRATE JUDGE

6  DATED: April 16, 2025