1  JAMES PUZEY (NV SBN 05745)
   jpuzey@nvlawfirm.com
2  KEARNEY PUZEY DAMONTE
   800 South Meadows Parkway, Suite 800
3  Reno, Nevada  89521
   Telephone: (775) 851-8700
4
5  SHERRIE M. FLYNN (*Pro Hac Vice*)
   sflynn@ch-law.com
6  ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
   rashley@ch-law.com
7  COLEMAN & HOROWITT, LLP
   Attorneys at Law
8  499 W. Shaw Avenue, Suite 116
   Fresno, California 93704
9  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830

10 Attorneys for Plaintiffs and Counter-Defendants (excluding Utherverse International, Ltd.)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIM**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025<br><br>**Amended Counterclaim Filed:** April 27, 2025<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom: TBD<br><br>Filed Concurrently with Memorandum of Points and Authorities and [Proposed] Order |

///

1  TO: Counterclaimants Brian Quinn ("Quinn"), Joshua Denne ("Denne"), Blockchain Funding, Inc. ("Blockchain Funding"), Blockchain Alliance LLC ("Blockchain Alliance"), Masternode Partners, LLC ("Masternode"), Niya Holdings, LLC ("Niya Holdings"), and Nima Momayez ("Momayez") (collectively, "Counterclaimants") and their attorneys of record:

NOTICE IS GIVEN that Counter-Defendants, Utherverse, Inc. ("UI"), Brian Shuster ("Shuster"), Utherverse Digital, Inc. ("UDI"), Peter Gantner ("Gantner"), Nexus Venture LLC ("Nexus"), Ari Good ("Good"), and Gary Shuster ("Gary"), do and will, on a date and time most convenient for this Court, or as soon thereafter as the matter may be heard, at the Bruce R. Thompson Courthouse located at 400 S. Virginia St., Reno, NV  89501, move for an order dismissing Counterclaimants Amended Counterclaim in this action, on the grounds that each claim of the Amended Counterclaim fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and applicable law.

This motion is based upon this Notice and Motion, the Memorandum of Points and Authorities in support thereof, and on the pleadings, records, and files in this action, and on such further oral and documentary evidence as may be presented at the hearing of the motion.

Dated: May 30, 2025                COLEMAN & HOROWITT, LLP


By:   /s/ Sherrie M. Flynn
Sherrie M. Flynn. Esq.
Robert K. Ashley, Esq.
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248- 4820
Email: sflynn@ch-law.com

James W. Puzey, Esq
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851- 8700
Email: jpuzey@nvlawfirm.com

Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster