JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants (excluding Utherverse International, Ltd.)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS AMENDED COUNTERCLAIM**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025<br><br>**Amended Counterclaim Filed:** April 27, 2025<br><br>Date:        TBD<br>Time:       TBD<br>Courtroom:  TBD<br><br>Filed Concurrently with Notice of Motion and Motion to Dismiss, and Memorandum of Points and Authorities in Support Thereof |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Motion to Dismiss the Amended Counterclaim (the "ACC") filed by Counter-Defendants (excluding Utherverse International, Ltd.; hereinafter "Moving Parties") in this matter came on regularly for hearing before this Court on _____ ___, 2025.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the Counterclaimants have failed to allege sufficient facts for each cause of action and thus, have failed to state a claim upon which relief may be granted.

It is **HEREBY ORDERED** that Moving Parties' Motion to Dismiss Counterclaimants' Amended Counterclaim is **GRANTED.** The Amended Counterclaim in this case is ordered **DISMISSED WITH PREJUDICE.**

Dated: _____

HON. JUDGE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE