| | |
|---|---|
| 1 | JAMES PUZEY (NV SBN 05745) |
| | jpuzey@nvlawfirm.com |
| 2 | KEARNEY PUZEY DAMONTE |
| | 800 South Meadows Parkway, Suite 800 |
| 3 | Reno, Nevada  89521 |
| | Telephone: (775) 851-8700 |
| 4 | |
| | SHERRIE M. FLYNN (*Pro Hac Vice*) |
| 5 | sflynn@ch-law.com |
| | ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*) |
| 6 | rashley@ch-law.com |
| | COLEMAN & HOROWITT, LLP |
| 7 | Attorneys at Law |
| | 499 W. Shaw Avenue, Suite 116 |
| 8 | Fresno, California 93704 |
| | Telephone: (559) 248-4820 |
| 9 | Facsimile: (559) 248-4830 |
| 10 | Attorneys for Plaintiffs and Counter-Defendants (excluding Utherverse International, Ltd.) |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, | Case No. 3:25-cv-00020-MMD-CSD |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES AND PORTIONS OF AMENDED COUNTERCLAIM PURSUANT TO FRCP 12(f)** |
| v. | |
| BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual, | **ORAL ARGUMENT REQUESTED** |
| | **Complaint Filed:** January 10, 2025 |
| | **Counterclaim Filed:** February 28, 2025 |
| | **Amended Counterclaim Filed:** April 27, 2025 |
| Defendants. | Date:        TBD |
| | Time:        TBD |
| | Courtroom:   TBD |
| AND RELATED COUNTERCLAIM. | Filed Concurrently with Memorandum of Points and Authorities and [Proposed] Order |

1

NOTICE OF MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PORTIONS OF
AMEMDED COUNTERCLAIM

TO: Counterclaimants Brian Quinn ("Quinn"), Joshua Denne ("Denne"), Blockchain Funding, Inc. ("Blockchain Funding"), Blockchain Alliance LLC ("Blockchain Alliance"), Masternode Partners, LLC ("Masternode"), Niya Holdings, LLC ("Niya Holdings"), and Nima Momayez ("Momayez") (collectively, "Counterclaimants") and their attorneys of record:

NOTICE IS GIVEN that Counter-Defendants, Utherverse, Inc. ("UI") Brian Shuster ("Shuster"), Utherverse Digital, Inc. ("UDI"), Peter Gantner ("Gantner"), Nexus Venture LLC ("Nexus"), Ari Good ("Good"), and Gary Shuster ("Gary"; collectively, "Moving Parties") do and will, on a date and time most convenient for this Court, or as soon thereafter as the matter may be heard, at the Bruce R. Thompson Courthouse located at 400 S. Virginia St., Reno, NV 89501, move for an order striking affirmative defenses in Defendants' Amended Answer, and portions of Counterclaimants' Amended Counterclaim in this action, pursuant to Federal Rules of Civil Procedure, Rule 12(f) and applicable law, on the grounds that the affirmative defenses fail to provide fair notice of the issues and portions of the Amended Countercomplaint contain redundant, impertinent and/or scandalous matters.

Specifically, Moving Parties request that this Court strike:

**Affirmative Defenses**:

Defense 1: "Plaintiffs failed to state a claim against Defendants on which relief can be granted." This is not an affirmative defense.

Defense 2: "Plaintiffs failed to join indispensable parties." Indispensable parties are not identified.

Defense 3: "Plaintiffs failed to plead their claims with particularity." Not an affirmative defense on which evidence will be presented at trial.

Defense 4: "Plaintiffs' claims are barred by Plaintiffs' unclean hands." Lacks specific allegations of misconduct that bar recovery.

Defenses 5, 7, 8, 10, 24 – 28: Lacks specific allegations of misconduct that bar recovery.

Defenses 6, 9, 11 – 20, 31-33: Impertinent.

Defenses 21 – 23, 29, 30: Immaterial.

1   <u>Defense 36</u>: Not an affirmative defense.

2   **Portions of Amended Counterclaim**

3   <u>21:1 – 10</u> (¶¶ 4 and 4a-d in their entirety). Immaterial.

4   21:15 (the portion of 21:15 stating "treble damages under California Penal Code § 496(c)).
5   Immaterial.

6   <u>24:9 – 12 (¶ 31, in total)</u>. Immaterial and impertinent.

7   <u>25:24 – 26 (¶ 36, starting after "but now refuses to do so")</u>. Scandalous, immaterial, and
8   impertinent.

9   <u>26:7 – 9 (¶ 37, starting after "whatsoever")</u>. Scandalous, immaterial, and impertinent.

10  <u>26:16 – 19 (¶ 38, (starting after "whatsoever")</u>. Scandalous, immaterial, and impertinent.

11  <u>27:1 – 3 (¶ 39, starting after "whatsoever")</u>. Scandalous, immaterial, and impertinent.

12  <u>27:27 – 28:3 (¶ 41, in total)</u>. Scandalous, immaterial, and impertinent.

13  <u>28:20 – 23 (¶ 44, starting after "past")</u>. Scandalous, immaterial, and impertinent.

14  <u>29:10 – 13 (¶ 47, in total)</u>. Scandalous, immaterial, and impertinent.

15  <u>30:12 – 20 (¶ 54, in total)</u>.Immaterial and impertinent.

16  <u>31:3 – 4 (¶ 56, starting after "misrepresentations")</u>. Scandalous, immaterial, and impertinent.

17  <u>31:5 – 32:24 (¶ 56, portions lettered a-n)</u>. Scandalous, immaterial, and impertinent.

18  <u>32:25 – 27 (¶ 57, in total)</u>. Scandalous, immaterial, and impertinent.

19  <u>36:3 – 18 (¶¶ 68, 69, in total)</u>. Scandalous, immaterial, and impertinent.

20  This motion is based upon this Notice and Motion, the Memorandum of Points and
21  Authorities in support thereof, and on the pleadings, records, and files in this action, and on such
22  further oral and documentary evidence as may be presented at the hearing of the motion.

23  Dated: May 30, 2025                    COLEMAN & HOROWITT, LLP

24

25                                          By:    /s/ Sherrie M. Flynn
                                                Sherrie M. Flynn. Esq.
26                                              Robert K. Ashley, Esq.
                                                499 West Shaw Avenue, Suite 116
27                                              Fresno, California 93704
                                                Telephone: (559) 248- 4820
28                                              Email: sflynn@ch-law.com

James W. Puzey, Esq
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851- 8700
Email: jpuzey@nvlawfirm.com

Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster