JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants (excluding Utherverse International, Ltd.)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PORTIONS OF AMENDED COUNTERCLAIM**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025<br><br>**Amended Counterclaim Filed:** April 27, 2025<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>Filed Concurrently with Notice of Motion and Motion to Strike, and Memorandum of Points and Authorities in Support Thereof |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    The Motion to Strike Affirmative Defenses Portions of Amended Counterclaim filed by Counter-Defendants (excluding Utherverse International, Ltd.; hereinafter "Moving Parties") came on regularly for hearing before this Court on _____ ____, 2025.

    Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Affirmative Defenses Nos.1-33, and No. 36 in the Amended Answer are redundant, immaterial, impertinent, or scandalous material.

    Furthermore, the Courts finds that following portions of Defendants' Amended Counterclaim, identified by page and line number below, are immaterial, impertinent, scandalous, or otherwise improper:

    21:1-10 (¶¶ 4 and 4a-d in their entirety)

    21:15

    24:9-12 (¶ 31, in total)

    25:24-26 (¶ 36, starting after "but now refuses to do so")

    26:7-9 (¶ 37, starting after "whatsoever")

    26:16-19 (¶ 38, starting after "whatsoever")

    27:1-3 (¶ 39, starting after "whatsoever")

    27:27-28:3 (¶ 41, in total)

    28:20-23 (¶ 44, starting after "past")

    29:10-13 (¶ 47, in total)

    30:12-20 (¶ 54, in total)

    31:3-4 (¶ 56, starting after "misrepresentations")

    31:5-32:24 (¶ 56, portions lettered a-n)

    32:25-27 (¶ 57, in total)

    36:3-18 (¶¶ 68, 69, in total)

It is **HEREBY ORDERED** that the Motion to Strike Affirmative Defenses and Portions of Amended Counterclaim is **GRANTED.** The listed Affirmative Defenses are ordered **STRIKEN** from Defendants' AMENDED ANSWER. The identified portions of the Amended Counterclaim are also ordered **STRIKEN.**

Dated: _____          _____

HON. JUDGE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE