1  JAMES PUZEY (NV SBN 05745)
   jpuzey@nvlawfirm.com
2  KEARNEY PUZEY DAMONTE
   800 South Meadows Parkway, Suite 800
3  Reno, Nevada 89521
   Telephone: (775) 851-8700
4
   SHERRIE M. FLYNN (*Pro Hac Vice*)
5  sflynn@ch-law.com
   ROBERT K. ASHLEY (*Pro Hac Vice Forthcoming*)
6  rashley@ch-law.com
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 W. Shaw Avenue, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10  Attorneys for Plaintiffs and Counter-Defendants (excluding Utherverse International Ltd.)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**COUNTER DEFENDANT NEXUS VENTURE LLC'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.0 AND LR II 7.1-1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule II 7.1-1, The undersigned attorneys of record for Counter Defendant Nexus Venture LLC ("Nexus") hereby submit the following Certificate of Interested Parties and certify following the representations:

1. Nexus is a Arizona corporation.

2. No publicly held corporation holds ten percent (10%) or more of the stock of Nexus.

3. Other than the parties to this action, there are no other known interested persons, firms, partnerships, corporations, or other parties, other than those participating in this action, that have a direct, pecuniary interest in the outcome of this action.

These representations are made to enable the judges of this Court to evaluate possible disqualification or recusal.

Nexus reserves the right to amend and supplement this Certificate of Interested Parties in accordance with LR II 7.1-1(c).

DATED: June 12, 2025           COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
Sherrie M. Flynn. Esq.
Robert K. Ashley, Esq.
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248- 4820
Email: sflynn@ch-law.com

James W. Puzey, Esq
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851- 8700
Email: jpuzey@nvlawfirm.com

Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster