UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UTHERVERSE, INC. and BRIAN SHUSTER,<br><br>Plaintiffs<br><br>v.<br><br>BRIAN QUINN, et al.,<br><br>Defendants | Case No.: 3:25-cv-00020-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 66 |

Plaintiffs filed an "ex parte" motion to amend the discovery plan and scheduling order (ECF No. 66), which was provisionally sealed by the Clerk.

An "ex parte" motion is one that is filed with the court but is not served on the opposing or other parties, and is only allowed as specifically permitted by court order or the Federal Rules of Civil Procedure. An ex parte motion must articulate the rule that permits the ex parte filing and explain why it is filed on an ex parte basis. LR IA 7-2.

Plaintiffs' motion does not cite the rule that permits the filing of the ex parte motion. Moreover, the motion was served electronically on counsel for Defendants; therefore, there does not appear to be a basis for the ex parte filing.

If Plaintiffs intended to file the motion seeking an order shortening time, they did not comply with Local Rule IA 6-1. Similarly, if they intended to file this as an emergency motion, it does not comply with Local Rule 7-4.

///

///

Therefore, the Clerk shall **UNSEAL** ECF No. 66, and the court will address the motion in due course after it is fully briefed according to Local Rule 7-2.

**IT IS SO ORDERED**.

Dated: July 29, 2025

_____
Craig S. Denney
United States Magistrate Judge