JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual, | Case No. 3:25-cv-00020-MMD-CSD |
| Plaintiffs, | **REVISED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| BRIAN QUINN, an individual; JOSHUA DENNE, and individual; BLOCKCHAIN FUNDING, INC. a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual, | **Complaint Filed:** January 10, 2025 |
| | **Counterclaim Filed:** February 28, 2025 |
| Defendants. | |
| AND RELATED COUNTERCOMPLAINT. | |

52072451.1

Plaintiffs and Counter-Defendants UTHERVERSE, INC. and BRIAN SHUSTER on the one hand, and Defendants and Counterclaimants BRIAN QUINN, JOSHUA DENNE, BLOCKCHAIN FUNDING, INC., BLOCKCHAIN ALLIANCE LLC, MASTERNODE PARTNERS, LLC, NIYA HOLDINGS, LLC, NIMA MOMAYEZ, and Defendant LYNNE MARTIN on the other hand, by and through their respective counsel of record, jointly submit this proposed Revised Discovery Schedule and [Proposed] Scheduling Order pursuant to the Stipulation and Order to Extend Discovery Deadlines (ECF 75) signed by Magistrate Judge Craig S. Denney on February 2, 2026.

**PARTIES' PROPOSED REVISED DISCOVERY PLAN[1]**

The parties propose the following dates, subject to Court approval:

| ITEM DESCRIPTION | PROPOSED DATE | NOTES |
|---|---|---|
| Initial Disclosures | Completed | |
| Fact Discovery Cut-Off | October 26, 2026 | Four (4) months from the date of Courts ruling on Defendants Motion for Judgment on the Pleadings (issued June 24, 2026) |
| Amending Pleadings & Adding Parties | August 24, 2026 | Two (2) months from the date of Courts ruling on Defendants Motion for Judgment on the Pleadings (issued June 24, 2026) |
| Expert Witness Disclosure | November 24, 2026 | One (1) month after the Fact Discovery Cut-Off |
| Rebuttal Expert Disclosure | December 24, 2026 | One (1) month after the Expert Witness Disclosure |
| Discovery Cut-off | January 25, 2027 | One (1) month after Rebuttal Expert Disclosure |
| Dispositive Motion Cut-off | February 25, 2027 | One (1) month after Rebuttal Expert Disclosure |
| Joint Pretrial Order | March 25, 2027 | Including disclosures pursuant to FRCP 26(a)(3) – One (1) month after dispositive motion cut-off |

---

[1] The deadline for Plaintiffs' to file an amended complaint pursuant to the Court's Order (ECF 76) is July 9, 2026. Additionally, certain of the defendants intend to seek leave to file a second amended counterclaim within the deadline set forth herein. Accordingly, the parties intend to meet and confer in the coming days to determine if a further modification to the schedule submitted herein is needed.

52072451.1

DATED: July 8, 2026                    COLEMAN & HOROWITT, LLP


By: /s/ Sherrie M. Flynn
    Sherrie M. Flynn. Esq. (pro hac vice)
    Robert K. Ashley, Esq. (pro hac vice)
    499 West Shaw Avenue, Suite 116
    Fresno, California 93704
    Telephone: (559) 248- 4820

    KEARNEY PUZEY DAMONTE LTD
    James W. Puzey, Esq
    800 South Meadows Parkway, Suite 800
    Reno, Nevada 89521
    Telephone: (775) 851- 8700

    Attorneys for Plaintiffs and Counter-Defendants,
    Utherverse, Inc. and Brian Shuster


DATED: July 8, 2026                    BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Maximilien D. Fetaz
    Maximilien D. Fetaz, Esq.
    Zachary R. Meyer, Esq.
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614

    Attorneys for Defendants and
    Countercomplainants, Brian Quinn, Joshua Denne,
    Blockchain Funding, Inc., Blockchain Alliance
    LLC, Masternode Partners, LLC, Niya Holdings,
    LLC, and Nima Momayez, and Defendants, Lynn
    Martin and Jeremy Roma


**IT IS SO ORDERED**.


DATED: _____        _____

    Craig S. Denney
    UNITED STATES MAGISTRATE JUDGE

REVISED DISCOVERY PLAN AND SCHEDULING ORDER
52072451.1