JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>**(FED. R. CIV. P. 15(a)(2); LR 15-1)**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |

///

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Utherverse, Inc. ("UI") and Brian Shuster ("Shuster," and together with UI, "Plaintiffs") shall and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Rule 15-1, and the Court's June 24, 2026 Order (ECF No. 76), for leave to file the [Proposed] First Amended Complaint attached as Exhibit 1 to this Motion. The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Exhibit 1, the pleadings and papers on file in this action, and such other matters as the Court may consider. The Motion is submitted on the papers; no hearing date is requested unless the Court orders otherwise. See LR 78-1.

Respectfully Submitted,

DATED: July 9, 2026                COLEMAN & HOROWITT, LLP

By: /s/ Sherrie M. Flynn
    Sherrie M. Flynn. Esq.
    Robert K. Ashley, Esq.
    499 West Shaw Avenue, Suite 116
    Fresno, California 93704
    Telephone: (559) 248- 4820
    Email: sflynn@ch-law.com

KEARNEY PUZEY DAMONTE

    James W. Puzey, Esq
    800 South Meadows Parkway, Suite 800
    Reno, Nevada 89521
    Telephone: (775) 851- 8700
    Email: jpuzey@nvlawfirm.com

    Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT