JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |

Before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint, filed July 9, 2026, within the 15-day period provided by the Court's June 24, 2026 Order (ECF No. 76). Good cause appearing, the Motion is GRANTED, and IT IS ORDERED that:

1.    Plaintiffs are granted leave to file the First Amended Complaint in the form attached to the Motion as Exhibit 1. Plaintiffs shall file the First Amended Complaint within three (3) days of entry of this order, and upon filing it shall be the operative complaint in this action;

2.    The First Amended Complaint is deemed timely under ECF No. 76, having been lodged with the Motion on July 9, 2026, within the 15-day period allowed;

3.    The Clerk of Court is directed to issue summons as to Defendant Nazanin Namazi upon the filing of the First Amended Complaint, and Plaintiffs shall serve Nazanin Namazi in accordance with Federal Rule of Civil Procedure 4;

4.    Defendants who have appeared shall answer or otherwise respond to the First Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3); and

5.    Nothing in this order or in ECF No. 76 shall operate as, or result in, a dismissal with prejudice of any claim against Defendants Nima Momayez or Niya Holdings, LLC; the dismissal of the claims against them is addressed by separate stipulation or motion and shall be without prejudice.

IT IS SO ORDERED.

DATED: _____    _____

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT