JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS NIMA MOMAYEZ AND NIYA HOLDINGS, LLC (FED. R. CIV. P. 41(a)(2))**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Declaration of Sherrie M. Flynn and Proposed Order]<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025<br><br>Date: TBD<br>Time: TBD |

NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF NIMA MOMAYEZ AND NIYA HOLDINGS, LLC WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Utherverse, Inc. ("UI") and Brian Shuster ("Shuster," and together with UI, "Plaintiffs") do and will, on a date and time most convenient for this Court, or as soon thereafter as the matter may be heard, at the Bruce R. Thompson Courthouse located at 400 S. Virginia St., Reno, NV  89501, move under Federal Rule of Civil Procedure 41(a)(2) and, in the alternative, Rule 21, for an order (1) dismissing without prejudice all claims asserted in this action against Defendants NIMA MOMAYEZ ("Momayez") and NIYA HOLDINGS, LLC ("Niya Holdings," and together, the "Momayez Parties"); (2) confirming that the dismissal-with-prejudice provision of the Court's June 24, 2026 Order (ECF No. 76) shall not operate against the Momayez Parties; and (3) dropping the Momayez Parties as parties.

The Motion is based on this Notice and Motion, the following Memorandum of Points and Authorities, the concurrently filed Declaration of Sherrie M. Flynn, and the papers and records on file in this action, and on such further oral and documentary evidence as may be presented at the hearing of the motion.

Dated: July 9, 2026                    COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
      Sherrie M. Flynn. Esq.
      Robert K. Ashley, Esq.
      499 West Shaw Avenue, Suite 116
      Fresno, California 93704
      Telephone: (559) 248- 4820
      Email: sflynn@ch-law.com

KEARNEY PUZEY DAMONTE LTD.

      James W. Puzey, Esq
      800 South Meadows Parkway, Suite 800
      Reno, Nevada 89521
      Telephone: (775) 851- 8700
      Email: jpuzey@nvlawfirm.com

      Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, Utherverse Digital Inc., Peter Gantner, Nexus Venture LLC, Ari Good and Gary Shuster

2
NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF NIMA MOMAYEZ AND NIYA HOLDINGS, LLC WITHOUT PREJUDICE