JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**DECLARATION OF SHERRIE M. FLYNN IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS NIMA MOMAYEZ AND NIYA HOLDINGS, LLC**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |

---

1

DECLARATION OF SHERRIE M. FLYNN ISO MOTION FOR VOLUNTARY DISMISSAL

I, Sherrie M. Flynn, declare as follows:

1.      I am an attorney at Coleman & Horowitt, LLP, admitted pro hac vice in this action, and am counsel of record for Plaintiffs Utherverse, Inc. and Brian Shuster. I make this declaration in support of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice of Defendants Nima Momayez and Niya Holdings, LLC (together, the "Momayez Parties"). I have personal knowledge of the matters stated below and could testify competently to them if called.

2.      Effective June 30, 2026, Plaintiffs, together with Gary Shuster and Utherverse Digital, Inc., on the one hand, and the Momayez Parties, on the other, entered into a written settlement agreement resolving the disputes between them (the "Settlement Agreement"). The Settlement Agreement was executed by all of its parties, including by Mr. Momayez individually and on behalf of Niya Holdings, LLC as its sole member, and was approved as to form by the Momayez Parties' counsel, Fannyan Law, APC. I signed on behalf of Coleman & Horowitt, LLP, and I maintain a fully executed copy in my files.

3.      Among its terms, the Settlement Agreement provides for the filing of a dismissal without prejudice of all claims asserted against the Momayez Parties in this action; that each party bears its own attorneys' fees and costs incurred in connection with this action; and that the resolution does not effect a dismissal, release, or waiver of any claim by or against any person or entity that is not a party to it. The Settlement Agreement contains a confidentiality provision. I have described its terms only to the extent necessary to effectuate the dismissal it contemplates. If the Court wishes, Plaintiffs will lodge the Settlement Agreement for in camera review or move for leave to file it under seal.

4.      The proposed First Amended Complaint submitted with Plaintiffs' motion for leave to amend, filed July 9, 2026, does not assert any claim against the Momayez Parties.

5.      I have conferred with Maximilien Fetaz of Brownstein Hyatt Farber Schreck, LLP, counsel of record for Defendants in this action, regarding a stipulation for dismissal of the Momayez Parties without prejudice. Mr. Fetaz advised that he was consulting with his clients and indicated a cooperative posture. Nader Fannyan of Fannyan Law, APC, counsel for the Momayez Parties in connection with the Settlement Agreement, is out of the office until July 14, 2026, and may be unable

to respond before the deadline set by ECF No. 76. Plaintiffs accordingly file this Motion within the 15-day period provided by ECF No. 76, and will promptly notify the Court if a stipulation is executed.

      6.    This Motion is filed on July 9, 2026, within the 15-day period provided by the Court's June 24, 2026 Order (ECF No. 76).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2026, at Fresno, California.

_____
SHERRIE M. FLYNN

DECLARATION OF SHERRIE M. FLYNN ISO MOTION FOR VOLUNTARY DISMISSAL