JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada  89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability Company; LYNNE MARTIN, an individual; NIYA HOLDINGS, LLC, a Nevada limited liability company; NIMA MOMAYEZ, an individual; and JEREMY ROMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCOMPLAINT. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS NIMA MOMAYEZ AND NIYA HOLDINGS, LLC**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Before the Court is Plaintiffs' Motion for Voluntary Dismissal Without Prejudice of Defendants Nima Momayez and Niya Holdings, LLC (the "Momayez Parties") pursuant to Federal Rules of Civil Procedure 41(a)(2) and 21. Good cause appearing, the Motion is GRANTED, and IT IS ORDERED that:

1.    All claims asserted in this action against Defendants Nima Momayez and Niya Holdings, LLC — including Count I of the Complaint as previously dismissed without prejudice by the Court's June 24, 2026 Order (ECF No. 76) — are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and, in the alternative, Rule 21;

2.    Nothing in ECF No. 76 — including its provision that "[f]ailure to file an amended complaint within 15 days will result in dismissal of this claim with prejudice against Defendants Roma, Martin, Masternode, Momayez, and Niya and as to RICO conspiracy" — shall operate as, or result in, a dismissal with prejudice of any claim against Nima Momayez or Niya Holdings, LLC. Plaintiffs' July 9, 2026 filings satisfy that Order's 15-day requirement as to those defendants;

3.    Nima Momayez and Niya Holdings, LLC are dropped as parties to this action, and the Clerk of Court is directed to TERMINATE them as defendants;

4.    Each party shall bear its own attorneys' fees and costs with respect to the dismissed claims; and

5.    This order does not affect any claim asserted by or against any other party, all of which remain pending.

IT IS SO ORDERED.


DATED: _____          _____

                                        MIRANDA M. DU
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL