MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Brian Quinn, Joshua Denne,
Blockchain Funding, Inc., Blockchain Alliance LLC,
Masternode Partners, LLC, Lynne Martin, and
Jeremy Roma*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, and BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability company; LYNNE MARTIN, an individual; JEREMY ROMA, an individual; and NAZANIN NAMAZI a/k/a "NAZ NAMAZI," an individual.<br><br>Defendants. | Case No.: 3:25-cv-00020-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS BRIAN QUINN, JOSHUA DENNE, BLOCKCHAIN FUNDING, INC., BLOCKCHAIN ALLIANCE LLC, MASTERNODE PARTNERS, LLC, LYNNE MARTIN, AND JEREMY ROMA TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Utherverse, Inc. and Brian Shuster ("Plaintiffs"), through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, and Jeremy Roma ("Defendants"), through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

1

52419920.3

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1.      On July 14, 2026, Plaintiffs filed their Amended Complaint for: Violation of 18 U.S.C. § 1962(c); Racketeer Influenced And Corrupt Organizations Act Conspiracy, 18 U.S.C. § 1962(d); Fraud In The Inducement; Fraud (Intentional Misrepresentation); Conversion; Breach of Fiduciary Duty; Aiding And Abetting Breach of Fiduciary Duty; Tortious Interference With Contract – The Niya Note; and Tortious Interference With Contract – The Disruptive Technology Binding Letter (the "Amended Complaint" or "AC").  ECF 83.

2.      Defendants' counsel sent an email to Plaintiffs' counsel on July 23, 2026, informing Plaintiffs' counsel that:

(a)      The breadth and scope of the new allegations in the AC (216 total allegations compared to 161 in the original Complaint) against Defendants necessitates further research and investigation; and

(b)      Defendants' counsel will be on vacation with his family for the first two weeks of August.

3.      Defendants' July 23, 2026, email accordingly requested that the deadline for Defendants to respond to the AC be extended from July 28, 2026, to August 18, 2026.

4.      On July 25, 2026, Plaintiffs' counsel responded agreeing to the extension for Defendants to respond to the AC to August 18, 2026.

5.      There is a strong public policy in the Ninth Circuit of deciding cases on the merits, rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

6.      Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendants to respond to the AC by approximately 21 days.

7.      Accordingly, the Parties stipulate and agree that Defendants shall have up to and including August 18, 2026, within which to file their response to the AC.

8.      This stipulation is brought in good faith by the parties and not for purposes of delay.

52419920.3

9.      This is the Parties' first request to extend Defendants' response deadline.

**IT IS SO STIPULATED.**

DATED this 27th day of July 2026.          DATED this 27th day of July 2026.

**BROWNSTEIN HYATT**                        **COLEMAN & HOROWITT, LLP**
**FARBER SCHRECK, LLP**


By: */s/ Maximilien D. Fetaz*              By: */s/ Sherrie M. Flynn*
MAXIMILIEN D. FETAZ, ESQ.                   SHERRIE FLYNN, ESQ. *(pro hac vice)*
ZACHARY R. MEYER, ESQ.                      499 West Shaw Avenue, Suite 116
                                            Fresno, California 93704
*Attorneys for Defendants Brian Quinn, Joshua*   Telephone: (559) 248-48200
*Denne, Blockchain Funding, Inc., Blockchain*    Email: SFlynn@ch-law.com
*Alliance LLC, Masternode Partners, LLC,*
*Lynne Martin, and Jeremy Roma*             **KEARNEY   PUZEY   DAMONTE   LTD**
                                            JAMES W. PUZEY, ESQ.
                                            Nevada Bar No. 5745
                                            800 South Meadows Parkway, Suite 800
                                            Reno, Nevada 89521
                                            Telephone: (775) 851-8700
                                            Email: jpuzey@nvlawfirm.com

                                            *Attorneys for Plaintiffs Utherverse, Inc. and*
                                            *Brian Shuster*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE


DATED: July 28, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3

52419920.3