MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants/Counterclaimants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, and Jeremy Roma*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UTHERVERSE, INC., a Nevada corporation, and BRIAN SHUSTER, an individual,

Plaintiffs,

v.

BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability company; LYNNE MARTIN, an individual; JEREMY ROMA, an individual; and NAZANIN NAMAZI a/k/a "NAZ NAMAZI," an individual.

Defendants.

BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming Limited Liability Company; and MASTERNODE PARTNERS, LLC, a Wyoming Limited Liability company,

Counterclaimants,

Case No.: 3:25-cv-00020-MMD-CSB

**ORDER TO EXTEND DEADLINES FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON PLEADINGS AND FOR COUNTER-DEFENDANTS TO RESPOND TO AMENDED COUNTERCLAIM**

**(FIRST REQUEST)**

v.

UTHERVERSE, INC., a Nevada corporation, and BRIAN SHUSTER, an individual, UTHERVERSE DIGITAL INC., a Vancouver, British Columbia corporation; and UTHERVERSE INTERNATIONAL, LTD., a British Virgin Islands Corporation,

Counterdefendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants Utherverse, Inc. and Brian Shuster ("Plaintiffs") and Counter-Defendant Utherverse Digital, Inc. (collectively with Plaintiffs, "Counter Defendants"), through their counsel of record, Kearney Puzey Damonte Ltd. and Coleman & Horowitt, LLP, and Defendants/Counterclaimants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, and Jeremy Roma ("Defendants" and together with Plaintiffs, the "Parties"), through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, as follows:

1. On July 14, 2026, Plaintiffs filed their Amended Complaint for: Violation of 18 U.S.C. § 1962(c); Racketeer Influenced And Corrupt Organizations Act Conspiracy, 18 U.S.C. § 1962(d); Fraud In The Inducement; Fraud (Intentional Misrepresentation); Conversion; Breach of Fiduciary Duty; Aiding And Abetting Breach of Fiduciary Duty; Tortious Interference With Contract – The Niya Note; and Tortious Interference With Contract – The Disruptive Technology Binding Letter (the "Amended Complaint" or "AC"). ECF 83.

2. On August 18, 2026, Defendants filed their Answer to First Amended Complaint and Counterclaim ("Amended Counterclaim") alleging four claims for breach of contract and four claims for unjust enrichment in the alternative. ECF 88.

3. Counter Defendants' current deadline to respond to the Amended Counterclaim is September 8, 2026.

4. On August 18, 2026, Defendants filed their Motion for Judgment on the Pleadings ("MJP"). ECF 89.

5. On September 1, 2026, Plaintiffs filed their Opposition to Motion for Judgment on the Pleadings. ECF 90.





BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

6. Defendants' current deadline to file their reply in support of the MJP is September 8, 2026.

7. Due to current obligations of the Parties' respective counsel and forthcoming discussions between certain parties, the Parties agreed to extend (i) the deadline for Defendants to file the reply in support of the MJP from September 8, 2026, to September 16, 2026, and (ii) the deadline for Counter-Defendants to respond to the Amended Counterclaim from September 8, 2026 to September 16, 2026.

8. There is a strong public policy in the Ninth Circuit of deciding cases on the merits, rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

9. Pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendants to file their reply in support of the MJP by approximately 8 days and the deadline for Counter-Defendants to file their response to the Amended Counterclaim by approximately 8 days.

10. Accordingly, the Parties stipulate and agree that Defendants shall have up to and including September 16, 2026, within which to file their reply in support of the MJP and Counter-Defendants shall have up to and including September 16, 2026, within which to file their response to the Amended Counterclaim.

11. This stipulation is brought in good faith by the parties and not for purposes of delay.

12. This is the Parties' first request to extend Defendants' reply deadline or Counter-Defendants' response deadline.

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**IT IS SO STIPULATED.**

DATED this 8th day of September 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Maximilien D. Fetaz
MAXIMILIEN D. FETAZ, ESQ.
ZACHARY R. MEYER, ESQ.

*Attorneys for Defendants/Counterclaimants Brian Quinn, Joshua Denne, Blockchain Funding, Inc., Blockchain Alliance LLC, Masternode Partners, LLC, Lynne Martin, and Jeremy Roma*

DATED this 8th day of September 2026.

**COLEMAN & HOROWITT, LLP**

By: /s/ Sherrie Flynn
SHERRIE FLYNN, ESQ. *(pro hac vice)*
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-48200
Email: SFlynn@ch-law.com

**KEARNEY PUZEY DAMONTE LTD**
JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700
Email: jpuzey@nvlawfirm.com

*Attorneys for Plaintiffs Utherverse, Inc. and Brian Shuster and Counter-Defendants Utherverse, Inc., Brian Shuster, and Utherverse Digital Inc.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 8, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101