Naz Namazi
29726 Felton Drive
Laguna Niguel, CA 92677
Phone | (949) 295-4233
Email: filmmakernaz@gmail.com
Defendant, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO DIVISION

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation,<br>BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br>vs.<br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC.; BLOCKCHAIN ALLIANCE LLC; MASTERNODE PARTNERS, LLC; LYNNE MARTIN, an individual; JEREMY ROMA, an individual; and NAZANIN NAMAZI a/k/a "NAZ NAMAZI," an individual,<br><br>Defendants | Case Number: 3:25-cv-00020-MMD-CSD<br><br>**DEFENDANT NAZANIN NAMAZI'S CERTIFICATE OF INTERESTED PARTIES** |

**DEFENDANT NAZANIN NAMAZI'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1, Defendant Nazanin Namazi, appearing pro se, certifies that there are no known interested parties other than those participating in the case.

DATED: September 10, 2026

Respectfully Submitted,

BY: /s/ Nazanin Namazi

Nazanin Namazi
Defendant, Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing Certificate of Interested Parties with the Clerk of Court using the Pro Se Portal, which will send notification of such filing to all registered participants.

DATED: September 10, 2026

/s/ Nazanin Namazi
Nazanin Namazi, Pro Se