JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming limited liability company; MASTERNODE PARTNERS, LLC, a Wyoming limited liability company; LYNNE MARTIN, an individual; JEREMY ROMA, an individual; and NAZANIN NAMAZI a/k/a "NAZ NAMAZI," an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING COUNTER-DEFENDANTS' MOTION TO DISMISS AMENDED COUNTERCLAIM IN PART, OR ALTERNATIVELY, ENTIRE COUNTERCLAIM**<br><br>**(FED. R. CIV. P. 12(b)(6))**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |

Before the Court is Counter-Defendants Utherverse, Inc., Brian Shuster ("Shuster"), Utherverse Digital, Inc., and Utherverse International, Ltd. (collectively, "Counter-Defendants")

Motion to Dismiss Amended Counterclaim in Part, or Alternatively, Entire Counterclaim, pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Motion is GRANTED, and IT IS ORDERED that:

1. The First, Third, Fifth, and Seventh Causes of Action of the Amended Counterclaim (ECF No. 88) are dismissed with prejudice as to Brian Shuster; and

2. Counterclaimants, Brian Quinn, Joshua Denne, and Blockchain Alliance LLC are dismissed with prejudice;

OR

3. The Amended Counterclaim (ECF No. 88) is dismissed, as a whole, with prejudice under Federal Rule of Civil Procedure 8(a)(2).

IT IS SO ORDERED.

DATED: ______________________

______________________________
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE