JAMES PUZEY (NV SBN 05745)
jpuzey@nvlawfirm.com
KEARNEY PUZEY DAMONTE
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

SHERRIE M. FLYNN (*Pro Hac Vice*)
sflynn@ch-law.com
ROBERT K. ASHLEY (*Pro Hac Vice*)
rashley@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs and Counter-Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO DIVISION**

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, BRIAN SHUSTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN QUINN, an individual; JOSHUA DENNE, an individual; BLOCKCHAIN FUNDING, INC., a Delaware corporation; BLOCKCHAIN ALLIANCE LLC, a Wyoming limited liability company; MASTERNODE PARTNERS, LLC, a Wyoming limited liability company; LYNNE MARTIN, an individual; JEREMY ROMA, an individual; and NAZANIN NAMAZI a/k/a "NAZ NAMAZI," an individual,<br><br>Defendants. | Case No. 3:25-cv-00020-MMD-CSD<br><br>**[PROPOSED] ORDER GRANTING COUNTER-DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE AMENDED COUNTERCLAIM**<br>**(FED. R. CIV. P. 12(f))**<br><br>**Complaint Filed:** January 10, 2025<br><br>**Counterclaim Filed:** February 28, 2025 |
| AND RELATED COUNTERCLAIM. | |

Before the Court is Counter-Defendants Utherverse, Inc., Brian Shuster ("Shuster"), Utherverse Digital, Inc., and Utherverse International, Ltd. (collectively, "Counter-Defendants"), the Motion to Strike Portions of the Amended Counterclaim (ECF No. 88) pursuant to Federal Rule of Civil Procedure 12(f).

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Courts finds that following portions of Defendants' Amended Counterclaim, identified by paragraph number below, are immaterial, impertinent, scandalous, or otherwise improper:

1. Paragraph 15 in its entirety;
2. Paragraph 17 in its entirety;
3. The final two sentences of Paragraph 42, beginning "However, Pritcher was unable to verify" and ending "potential liabilities";
4. Paragraph 45, the clause "as Shuster had previously represented, and which representation was relied upon by the parties in becoming involved with Utherverse and providing significant investment funding";
5. Paragraph 40, the sentence "Counterclaimants discovered that Shuster had used Utherverse in a way that tied it to the pornography industry, which was severely detrimental to its reputation"; and
6. Paragraph 46, the words "due to Shuster's participation in the pornography industry".

It is **HEREBY ORDERED** that the Motion to Strike Portions of the Amended Counterclaim is **GRANTED.** The identified portions of the Amended Counterclaim are ordered **STRICKEN.**

DATED: ______________________

______________________________
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE